1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

7   JOANNA LANG, individually and as
personal representative of the Estate Dick
8   Lang, wife and husband and the marital
community; and Joanna Lang, as guardian and
9   parent of the minor children R.L. and C.L.,

10             Plaintiffs,

11        vs.

12   CHERYL STRANGE, individually and as
13   Secretary of the Washington State Department
of Social and Health Services (DSHS),
14
DAVID STILLMAN, individually and as
15   Assistant Secretary of the Economic Services
Administration (ESA) at DSHS,
16
17   DANA PHELPS, individually and as
Assistant Secretary of the Services and
18   Enterprise Support Administration (SESA) at
DSHS,
19
TERRY REDMON, individually and as
20   Interim Director of Vocational Rehabilitation
at DSHS,
21
22   JANE AND JOHN DOES 1 THROUGH 10,
individually and as employees at DSHS,
23
24   CLARK COUNTY, Washington,

25

No. 3:21-cv-05286

NOTICE OF REMOVAL

[Clerk's Action Required]

NOTICE OF REMOVAL - 1
(W.D. Wash. Cause No. 3:21-cv-05286)

1    CITY OF VANCOUVER, Washington, a
2    Municipality,

3    COWLITZ COUNTY, Washington,

4    CITY OF KELSO, Washington, a
5    Municipality,

6    DAN HSIEH, individually and as Assistant
     Attorney General of Washington State,
7
     EIMIKO MURLIN and JEFF IAN MURLIN,
8    individually and as a marital community, as
     foster parents of C.L.,
9
10   and

11   STEVE VALLEMBOIS and JIMMY
     HOWARD, individually, as foster parents of
12   R.L.,

13              Defendants.

14       TO:    THE CLERK OF THE COURT
15              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT TACOMA
16

17       Defendant CITY OF VANCOUVER, by its undersigned attorney, states:

18       1.      The above captioned action against Defendants commenced on March 12, 2021,

19   and is pending in the Superior Court of the State of Washington for Clark County, under Cause

20   No. 21-2-00330-06. Defendant City of Vancouver obtained a copy of the summons and

21   complaint on March 22, 2021, when a process server provided it to a legal assistant for the

22   Vancouver City Attorney's Office. Copies of the Summons and Complaint are attached to this

23   filing.

24

25

NOTICE OF REMOVAL - 2
(W.D. Wash. Cause No. 3:21-cv-05286)

1

2          2.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30)

3    days after Defendant City of Vancouver received a copy of the summons and complaint through

4    service or otherwise.

5          3.      Plaintiff, through the allegations in her complaint, alleges, *inter alia*, violations of

6    her federal constitutional rights, 42 U.S.C. § 2000d, and 18 U.S.C. §§ 1961-1968. Plaintiff further

7    alleges that Defendant City of Vancouver is liable under 42 U.S.C. § 1983. *See* Compl. ¶¶ 6, 58-

8    64.

9          4.      This Court has jurisdiction over the subject matter of this action pursuant to 28

10   U.S.C. §§ 1331, 1343, and 1367(a).

11         5.      The above-captioned action may be removed to this Court pursuant to 28 U.S.C.

12   § 1441(b).   This Court is a district court of the United States for the district and division

13   embracing the place where the state court action is pending, and is therefore the appropriate Court

14   for removal pursuant to 28 U.S.C. § 1441.

15         DATED on April 21, 2021.

16                                          CITY ATTORNEY'S OFFICE
                                            VANCOUVER, WASHINGTON

17                                          By:_____/s/ Daniel G. Lloyd_____
                                               Daniel G. Lloyd, WSBA No. 34221
18                                             Assistant City Attorney
                                               Attorney for Defendant City of Vancouver
19                                             PO Box 1995
                                               Vancouver, WA 98668-1995
20                                             **Tel:** 360.487.8500; **Fax:** 360.487.8501
                                               dan.lloyd@cityofvancouver.us
21

22

23

24

25

NOTICE OF REMOVAL - 3
(W.D. Wash. Cause No. 3:21-cv-05286)

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on the date provided below, I served via U.S. mail, first class, postage prepaid, a copy of the foregoing document and all referenced exhibits on counsel of record for all parties as listed below:

3

4

Mr. Kevin L. Johnson
1405 Harrison Ave. NW, Ste. 204

5

Olympia, WA 98502
Tel: 360-753-3066; Fax: 360-705-9377

6

Email: kevinjohnson@gmail.com

7

Mr. Patrick McMahon
Carlson & McMahon, PLLC

8

715 Washington St.
PO Box 2965

9

Wenatchee, WA  98807
Email: patm@carlson-mcmahon.org

10

11

Mr. Andrew Biggs
Assistant Attorney General

12

800 Fifth Avenue, Ste. 2000
Seattle, WA  98104-3188
Email: Andrew.Biggs@atg.wa.gov

13

      DATED on April 21, 2021.

14

15

CITY ATTORNEY'S OFFICE
VANCOUVER, WASHINGTON

16

By:_____/s/ Daniel G. Lloyd_____

17

      Daniel G. Lloyd, WSBA No. 34221
Assistant City Attorney

18

Attorney for Defendant City of Vancouver
PO Box 1995

19

Vancouver, WA 98668-1995
**Tel:** 360.487.8500; **Fax:** 360.487.8501

20

dan.lloyd@cityofvancouver.us

21

22

23

24

25

NOTICE OF REMOVAL - 4
(W.D. Wash. Cause No. 3:21-cv-05286)

CITY ATTORNEY'S OFFICE
PO BOX 1995
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501